IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO ORTEGA,

    Plaintiff,

v.                                                                 No. 16-cv-0665 CG/SMV

MANAGEMENT & TRAINING
CORPORATION, d/b/a OTERO
COUNTING PROCESSING CENTER,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 18, 2016, at 1:30 p.m.

**Matter to be heard**:    Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **July 18, 2016, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.