**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO ORTEGA,

    Plaintiff,

v.                                          Case No. 2:16-cv-00665-MV-SMV

MANAGEMENT & TRAINING
CORPORATION, D/B/A/ OTERO
COUNTY PROCESSING CENTER,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION TO EXTEND DEADLINES

THIS MATTER, having come before the Court on the Plaintiff's Second Unopposed Motion to Extend Deadlines, and the Court having been advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the following deadlines are hereby extended as follows:

| | |
|---|---|
| Termination of discovery (for the limited purpose of conducting depositions): | July 25, 2017 |
| Plaintiff's Letter and Settlement Demand due to Defendant: | July 11, 2017 |
| Defendant's Letter and Counteroffer due to Plaintiff: | July 18, 2017 |
| Plaintiff provides copies of Settlement Letters to Court: | July 25, 2017 |
| Parties' Confidential Position Statement due to Court | July 31, 2017 |
| Settlement Conference: | Week of August 21st, 2017 |
| Deadline to file pre-trial motions: | August 22, 2017 |
| Consolidated Final Pretrial Order from Plaintiffs to Defendant: | September 6, 2017 |

| Consolidated Final Pretrial Order from Defendant to Court: | September 19, 2017 |

    _____
    STEPHAN M. VIDMAR
    United States Magistrate Judge

APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     */s/ Krystle Thomas*_____
        Charles J. Vigil
        Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
cvigil@rodey.com
kthomas@rodey.com
*Attorneys for Defendant*

and

CHAVEZ LAW FIRM

By     */s/ Miguel Hernandez*_____
        Enrique Chavez, Jr.
        Miguel Hernandez
2101 Stanton St.
El Paso, TX 79902
(915) 351-7772 / f – (915) 351-7773
enriquechavezjr@chavezlawpc.com
miguelhernandez@chavezlawpc.com
*Attorneys for Plaintiff*